# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
### SAN ANTONIO DIVISION

BERNIECE BURSH,

      Plaintiff,

v.

CONN APPLIANCES, INC.,

    Defendant.

Case No.  5:18-cv-00769-XR

Honorable Judge Xavier Rodriguez

## AGREED STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff BERNIECE BURSH, and the Defendant, CONN APPLICANCES, INC. , through their respective counsel that the above-captioned action is dismissed, with prejudice, against CONN APPLIANCES, INC., pursuant to Federal Rule of Civil Procedure 41. Each party shall bear its own costs and attorney fees.

Dated: July 3, 2019

     Respectfully Submitted,

**BERNIECE BURSH**

/s/ Nathan C. Volheim
Nathan C. Volheim
*Counsel for Plaintiff*
Sulaiman Law Group, LTD
2500 S. Highland Avenue, Suite 200
Lombard, Illinois 60148
Phone: (630) 575-8181
Fax :(630) 575-8188
nvolheim@sulaimanlaw.com

**CONN APPLIANCES, INC.**

/s/ Michael A. Harvey (*with consent*)
Michael A. Harvey
*Counsel for Defendant*
Munsch Hardt Kopf & Harr, PC
Pennzoil Place
700 Milam Street, Suite 2700
Houston, TX 77002
Phone: (713) 222-4068
mharvey@munsch.com

## **CERTIFICATE OF SERVICE**

I hereby certify that I today caused a copy of the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system which will be sent to all attorneys of record.

s/ Nathan C. Volheim_____
Nathan C. Volheim