**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

FILED
JUL 03 2019
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY CLERK

| | |
|---|---|
| BERNIECE BURSH,<br><br>    Plaintiff,<br>v.<br><br>CONN APPLIANCES, INC.,<br><br>    Defendant. | Case No. 5:18-cv-00769-XR<br><br>Honorable Judge Xavier Rodriguez |

## ORDER OF DISMISSAL WITH PREJUDICE

Plaintiff, BERNIECE BURSH ("Plaintiff"), by and through her attorneys, Sulaiman Law Group, Ltd., having filed with this Court her Agreed Stipulation of Dismissal with Prejudice and the Court having reviewed same, now finds that this matter should be dismissed.

IT IS THEREFORE ORDERED by this Court that the above cause of action is hereby dismissed, with prejudice.

Dated: July 3, 2019

_____
Judge, U.S. District Court